| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1127 2:19cr59-MHT |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 24-CR-234 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Craig Steven McKendry<br>13060 Groh Lane<br>Mountain, Wisconsin | Middle District of Alabama | Northern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Myron H. Thompson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/05/2023 — TO 05/04/2028 |

**OFFENSE**

Failure to Register as a Sex Offender

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

McKendry is supervised in the Eastern District of Wisconsin. In October 2024, McKendry tested positive for cocaine. He admitted he relapsed and entered inpatient treatment at Rogers Behavioral Health, West Allis, Wisconsin, where he will remain until December 17, 2024. Transfer of jurisdiction is recommended so that all supervision matters can be addressed in the supervising district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Alabama

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of Wisconsin  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Dec. 11, 2024
*Date*

*/s/ Myron H. Thompson*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  Wisconsin

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
*Effective Date*                 *United States District Judge*

1